THE PEOPLE OF THE STATE OF NEW YORK ex rel. ARTHUR PAGE, Appellant, against JOSEPH H. BROPHY, as Warden of Auburn Prison, et al., Respondents.

Submitted March 14, 1938; decided March 15, 1938.

*John J. Bennett, Jr.,* Attorney-General (*Bernard L. Alderman* of counsel), for motion.

No one opposed.

Motion granted and appeal dismissed.